# United States District Court
# For The Western District of North Carolina
# Asheville Division

TAMI JEAN CONNOR,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          1:10cv259

NORTH CAROLINA DEPARTMENT
of TRANSPORTATION

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/18/2011 Order.

                                              Signed: January 18, 2011

                                              */s/ Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court